

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DEYLIN MASIEL MORAZAN CENTENO,

        Petitioner,

        v.

WARDEN, ADELANTO ICE PROCESSING CENTER, et al.

        Respondents.

Case No. 5:26-cv-03533-MCS-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation were filed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Judgment shall be entered granting the Petition.

2. Respondents shall release Deylin Masiel Morazan Centeno (A# 246-647-289) unless they provide her with an individualized bond hearing

before a neutral decisionmaker pursuant 8 U.S.C. § 1226(a) within 7 days.

3. If Petitioner is represented by counsel in immigration court, counsel shall be given reasonable notice of the date and time of the new bond hearing.

DATED: July 23, 2026

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2